# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN ASSAD COOKE,** | : CIVIL ACTION NO. 1:20-CV-2069 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **MICHAEL ZAKEN**, *et al.*, | : |
| Respondents | : |

## **ORDER**

AND NOW, this 14th day of September, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania